UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

PRINCE PILGRIM,

                                          Plaintiff,

    **-v.-**

                                          Civil Action No.
                                          9:05-cv-198 (GLS/GHL)

P. BRUCE, Correction Officer, Great
Meadow C.F.; MURPHY, Sergeant, Great
Meadow C.F.; HARVEY, Hearing Officer,
Great Meadow C.F.; GARY GREENE,
Superintendent, Great Meadow C.F.;
GLENN GOORD, Commissioner of DOCS;
and DONALD SELSKY, Director of DOCS
Special Housing/Inmate Discipline Program,

                                          Defendants.

--------------------------------------------------------------------------------

APPEARANCES:                         OF COUNSEL:

**FOR THE PLAINTIFF:**

PRINCE PILGRIM
92-A-8847
Plaintiff Pro Se
Clinton County Correctional Facility
P.O. Box 2001
Dannemora, New York 12929

**FOR THE DEFENDANTS:**

HON. ANDREW M. CUOMO          STEVE H. SCHWARTZ
Attorney General for the State of New York  Assistant Attorney General
 Counsel for Defendants
The Capitol
Albany, New York 12224

GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed February 21, 2008.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge George H. Lowe filed February 21, 2008 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that Plaintiff's cross-motion (Dkt. No. 41) is DENIED to the extent that it requests relief that is dispositive in nature such as the voluntary dismissal without prejudice of plaintiff's "defamation of character" and "[loss of] religious services" claims, and it is further

ORDERED, that Defendants' motion for summary judgment (dkt. No. 38) is GRANTED and that all of the claims asserted in Plaintiff's Amended Complaint (Dkt. No. 9) is DISMISSED with prejudice, and it is further

ORDERED, that the court certifies in writing, for the purposes of 28 U.S.C. § 1915(a)(3), that any appeal taken from this order in this action would not be taken in good faith, and it is further

ORDERED, that the Clerk enter judgment in favor of the defendants against the plaintiff.


IT IS SO ORDERED

Dated:    May 7, 2008
          Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge